1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

5

6 | J. MANI KHAMVONGSA
Law Clerk

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

8 | Telephone: (415) 436-6488
Fax: (415) 436-7234

9

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0383 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| v. | ) | |
| JOHN JAMES THOMAS, JR., | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DATED: 7/31/2006

/s/ Derek R. Owens
_____
DEREK R. OWENS
Special Assistant United States Attorney

NOTICE OF DISMISSAL
CR 06-0383 MAG

1 | The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: 7/31/06

EDWARD M. CHEN
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 06-0383 MAG